## BENJAMIN DAVIS *versus* WILLIAM G. TAYLOR

JOURNAL ENTRIES (1822–24): *Journal 3:* (1) Motion to quash writ *p. 284; (2) time for filing declaration extended *p. 360; (3) motion for commission to take depositions granted *p. 372; (4) motion to quash writ overruled *p. 379; (5) referred *p. 455; (6) motion for rule to show cause against entering judgment on award *p. 490; (7) motion to set aside award overruled, rule for judgment *p. 508.

PAPERS IN FILE: (1) Warrant of attorney; (2–3) affidavits of indebtedness; (4) precipe for capias; (5) capias and return; (6) recognizance and justification of bail; (7) motion to quash writ; (8) declaration; (9) plea of non assumpsit and notice of demand for bill of particulars; (10) bill of particulars; (11) notice of taking deposition; (12) deposition of Gideon Badger; (13) deposition envelope; (14) affidavit of William G. Taylor; (15) precipe for subpoena; (16) depositions of Glover Perin, Harvey Kimball, Nathan Walden, George Hosmer and John Mastick, interrogatories and commission; (17) notice of taking deposition; (18) deposition of Wyman A. Town; (19) rule of reference, notice, oath of referees, award and account; (20) motion for rule to show cause against entering judgment on award; (21) motion to set aside award; (22) affidavit of W. A. Fletcher; (23) precipe for execution ca. sa.; (24) writ of ca. sa.; (25) precipe for fi. fa.; (26) writ of fi. fa. and return; (27) exemplification of record of Court of Common Pleas at Canandaigua, Ontario County, N. Y.; (28) exemplification of record of the Supreme Court of Judicature at Utica, N. Y.; (29) copies of papers in file of Court of Common Pleas, Ontario County, N. Y.; (30–31) exemplified copies of judgments of Court of Common Pleas, Ontario County, N. Y.; (32) exemplified copy of record of Court of Common Pleas, Ontario County, N. Y.; (33) exemplification of record of Court of Common Pleas, Ontario County, N. Y.; (34) exemplified copy of judgment of Court of Common Pleas, Ontario County, N. Y.; (35) copies of papers in file of Court of Common Pleas, Ontario County, N. Y.; (36) exemplification of record of Supreme Court of Michigan in case of *Taylor* v. *Davis;* (37–67) due bills, receipts, orders, promissory notes and an account.

*1822–23 Calendar*, MS p. 89. Recorded in *Book B*, MS pp. 299–303.